IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROLANDO FIGUEROA,

    Petitioner,

v.                                    Case No. 3:21cv939-MCR/MAF

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been timely filed. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

**DONE AND ORDERED** this 26th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**